**Dismissed and Memorandum Opinion filed February 15, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00867-CV

## IN THE INTEREST OF A.R.V., Appellant

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2022-16622**

## MEMORANDUM OPINION

This appeal is from an order signed October 6, 2023. The clerk's record was filed November 29, 2023. There is no reporter's record. No brief was filed.

On December 21, 2023, we issued a notice stating that unless appellant filed a brief on or before January 22, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel Consists of Chief Justice Christopher, Justices Zimmerer, and Wilson.